**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHRISTINA JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02369-TWP-MJD |
| | ) | |
| SAM'S EAST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The plaintiff has notified the Court that this matter has settled (Filing No. 33). It is therefore ordered that all dates and deadlines previously established are vacated.  Any pending motion is denied as moot.  The parties are directed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court on or before August 15, 2022.  Failure to do so will result in dismissal with prejudice pursuant to Fed. R.Civ. P. 41(b).

IT IS SO ORDERED.

Date:   7/20/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas L. Davis
FROST BROWN TODD LLC (Indianapolis)
tdavis@fbtlaw.com

Daniel Gore
KEN NUNN LAW OFFICE
dgore@kennunn.com

Robert B. Thornburg
FROST BROWN TODD LLC (Indianapolis)
rthornburg@fbtlaw.com